## 11626.  WILSON v. CLARK.

JENKINS, P. J.  1. The failure of the trial judge to charge the law as to contributory negligence on the part of the plaintiff, and as to diminution of damages on account of such negligence, was not error, under the facts of this case, in the absence of a timely and proper written request

to charge on the subject. *Ala. &c. R. Co.* v. *Brown*, 138 *Ga.* 328(6, 7) (75 S. E. 330) ; *Savannah Electric Co.* v. *Crawford*, 130 *Ga.* 421(1), 424 (60 S. E. 1056).

2. An assignment of error that a charge was not such " as the law and facts of the case at bar called for " is too vague, general, and indefinite to present any question for the determination of this court. *Paulk* v. *Speer*, 143 *Ga.* 621(2) (85 S. E. 361) ; *Odum* v. *Rutledge*, 16 *Ga. App.* 350 (85 S. E. 361) ; *Davidson* v. *Waxelbaum*, 2 *Ga. App.* 432(3) (58 S. E. 687) ; *Chatman* v. *State*, 8 *Ga. App.* 842, 843(3) (70 S. E. 188).

3. Refusal to direct a verdict is not reversible error, and no direct exception lies therefrom, since such evidential questions merge in the motion for a new trial. *Bennett* v. *Patten*, 148 *Ga.* 66(3 b) (95 S. E. 690) ; *Smith* v. *Leverett*, 22 *Ga. App.* 289, 291 (96 S. E. 8).

4. Whether or not, under the application of settled rules of practice, this court on its own motion should refuse to consider the assignments of· error in this case (see, in this connection, *Holcomb* v. *Finch*, 25 *Ga. App.* 261, 103 S. E. 38; *Green* v. *Patterson*, 25 *Ga. App.* 374, 103 S. E. 437; *Louisville & Nashville R. Co.* v. *Lovelace*, 26 *Ga. App.* 286, 106 S. E. 6; *Lyndon* v. *Ga. Ry. & Elec. Co.*, 129 *Ga.* 353, 58 S. E. 1047; *Wakefield* v. *Lee*, 18 *Ga. App.* 648, 90 S. E. 224), this court cannot say, after an examination of the record, that there was not some evidence, however conflicting, to support the verdict and judgment; and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Stephens and Hill, JJ., concur.*

DECIDED FEBRUARY 15, 1921.

Certiorari; from Fulton superior court — Judge Bell. March 25, 1920.

*Paul L. Lindsay,* for plaintiff in error.
*Branch & Howard, Bond Almand,* contra.